# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132592

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                          SC: 132592
                                          COA: 260543
                                          Wayne CC: 94-010499-01

OLIVER FRENCH, JR.,
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 26, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007                                           
                                                      Clerk

s0220